UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORDAN SILVER,<br><br>                    Plaintiff,<br><br>        - against -<br><br>AMERICAN BROADCASTING COMPANIES, INC.,<br><br>                    Defendant. | Civil Action No. 15-cv-05597-ALC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.CIV.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.Civ.P. 41(a)(1)(A)(i), the plaintiff JORDAN SILVER

hereby gives notice that the above captioned action is voluntarily dismissed with prejudice

against the defendant AMERICAN BROADCASTING COMPANIES, INC.

Dated:  New York, New York
         October 23, 2015

JAFFE & ASHER LLP

By:  s/Rocco Luisi, Esq.
         Rocco Luisi, Esq.
Attorneys for Plaintiff
JORDAN SILVER
600 Third Avenue, 9th Floor
New York, New York 10016
(212) 687-3000
rluisi@jaffeandasher.com